RECEIVED
OCT - 1 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JONICA H. PHILLIPS             DOCKET NO. 1:14-CV-2328; SEC. P
   LA. DOC #429550

VERSUS                         JUDGE JAMES T. TRIMBLE, JR.

WARDEN TIM KEITH               MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631 and <u>In re: Epps</u>, 127 F.3d 364, 365 (5th Cir. 1997), for further proceeding as provided by 28 U.S.C. §2244.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 1st day of October, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE